**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   SAID AHMED HASSAN,                    )        No. C 08-5576 LHK (PR)
                                           )
12            Petitioner,                  )        ORDER DENYING
                                           )        PETITIONER'S MOTION
13       v.                                )        REQUESTING THE COURT TO
                                           )        GRANT RELIEF
14   D. K. SISTO, Warden,                  )
                                           )
15            Respondent.                  )
     _____)
16

17        This *pro se* habeas corpus action was filed on December 15, 2009.  Before the Court, is

18   Petitioner's motion requesting the Court to grant relief on the merits, which the Court construes

19   as a motion for entry of default against the Respondent for failure to respond to the Court's June

20   14, 2010 Order to Show Cause.

21        The Court directed the Respondent to respond to the Order to Show Cause by September

22   13, 2010.  On September 27, 2010, Respondent filed an extension of time to file their answer.

23   Counsel for Respondent claim they've been burdened with out of state travel and a three week

24   evidentiary hearing on a capital case, in addition to regular case assignments.  On September 29,

25   2010, the Court granted Respondent's motion and ordered him to file an answer by November

26   13, 2010.

27        Because Respondent's motion for extension of time was granted, Petitioner's  motion

28   requesting the Court to grant relief on the merits is DENIED.

Order Denying Petitioner's Motion Requesting the Court to Grant Relief
P:\PRO-SE\SJ.LHK\HC.08\Hassan576deny-defaultEOT.wpd

1       This order terminates docket no. 11.

2           IT IS SO ORDERED.

3    DATED:    11/5/2010                    _Lucy H. Koh_____
                                            LUCY H. KOH
4                                           United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Denying Petitioner's Motion Requesting the Court to Grant Relief
P:\PRO-SE\SJ.LHK\HC.08\Hassan576deny-defaultEOT.wpd          2

**United States District Court**
For the Northern District of California