Filed

NOV 24 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAID AHMED HASSAN,<br><br>                                      Petitioner,<br><br>v.<br><br>D. K. SISTO, Warden,<br><br>                                      Respondent. | Case No. C 08-5576 LHK (PR)<br><br>[~~PROPOSED~~] ORDER |

For good cause shown, respondent may have until December 13, 2010, within which to file and serve an answer or motion to dismiss on procedural grounds.  Petitioner shall file with the Court and serve on respondent any traverse, motion opposition, or statement of non-opposition within thirty (30) days of the date the answer or motion is filed.

Dated:  11/24/10

LUCY H. KOH
United States District Judge

[~~Proposed~~] Order (C 08-5576 LHK (PR))