IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAID AHMED HASSAN,<br><br>    Petitioner,<br><br> v.<br><br>D. K. SISTO, Warden,<br><br>    Respondent. | No. C 08-5576 LHK (PR)<br><br>ORDER GRANTING THIRD EXTENSION OF TIME FOR RESPONDENT TO FILE AN ANSWER<br><br>(Docket No. 15) |

Respondent's motion for an extension of time to file an answer is GRANTED. Respondent shall file his answer on or before **January 12, 2011**. Petitioner shall file his traverse within **thirty (30) days** from the date the answer is filed.

This is Respondent's third request for an extension of time to file a response to the Court's order to show cause. Because this case has been pending since December 15, 2008, further requests for extensions of time will not be favored.

This order terminates docket no. 15.

IT IS SO ORDERED.

DATED:   12/22/2010

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Order Granting Third Extension of Time for Respondent to File an Answer
P:\PRO-SE\SJ.LHK\HC.08\Hassan576.eot-answer3d.wpd