IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAID AHMED HASSAN,<br><br>　　　　Petitioner,<br><br>　v.<br><br>D. K. SISTO, Warden,<br><br>　　　　Respondent. | No. C 08-5576 LHK (PR)<br><br>ORDER GRANTING FOURTH EXTENSION OF TIME FOR RESPONDENT TO FILE AN ANSWER<br><br>(Docket No. 17) |

　　　Respondent's motion for an extension of time to file an answer is GRANTED. Respondent shall file his answer on or before **February 11, 2011**. Petitioner shall file his traverse within **thirty (30) days** from the date the answer is filed.

　　　This is Respondent's fourth request for an extension of time to file a response to the Court's order to show cause. **Because this case has been pending since December 15, 2008, further requests for extensions of time will not be favored.**

　　　This order terminates docket no. 17.

　　　IT IS SO ORDERED.

DATED:　1/25/11　　　　　　　　　　　　　　_Lucy H. Koh_
　　　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Order Granting Fourth Extension of Time for Respondent to File an Answer
P:\PRO-SE\SJ.LHK\HC.08\Hassan576.eot-answer4th.wpd