1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAID AHMED HASSAN, ) | No. C 08-5576 LHK (PR) |
| ) | |
| Petitioner, ) | ORDER DENYING FIFTH |
| ) | EXTENSION OF TIME FOR |
| v. ) | RESPONDENT TO FILE AN |
| ) | ANSWER; ORDER DENYING |
| D. K. SISTO, Warden, ) | PETITIONER'S MOTION FOR |
| ) | DEFAULT |
| Respondent. ) | |
| _____ ) | (Docket Nos. 18 and 20) |

This *pro se* habeas corpus action was filed on December 15, 2008. Before the Court is Respondent's fifth motion for an extension of time to file his answer and Petitioner's motion for entry of default.

In an order dated January 25, 2011, the Court granted Respondent a fourth extension of time to file his answer and warned, for the second time, that no further requests for extensions of time would be favored. Because the case has been pending since December 15, 2008, the Court DENIES Respondents fifth motion for extension of time to file his answer. **Respondent shall file his answer no later than February 17, 2011. Should Respondent fail to file his answer by February 17, 2011, Respondent may face monetary sanctions.**

Petitioner has filed a motion for entry of default against the Respondent for not filing an answer by the Court's previous deadline of January 12, 2011. In light of the Court's denial of Respondent's fifth motion for extension of time, and the current deadline of February 17, 2011, the Court DENIES Petitioner's motion for default without prejudice.

1   This order terminates docket nos. 18 and 20.

2   IT IS SO ORDERED.

3   DATED:   2/16/11

_____
LUCY H. KOH
United States District Judge